IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIO SOKOLICH, M.D.,

    Plaintiff,

v.   No. 1:14-cv-00338-KG/SCY

PRESBYTERIAN HEALTHCARE SERVICES,
JAYNE MCCORMICK, M.D., JOHN
LILJESTRAND, M.D., and CHRISTINA VIGIL,

    Defendants.

### STIPULATED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Stipulation of Partial Voluntary Dismissal With Prejudice ("Stipulation") filed by Plaintiff Julio Sokolich, M.D. ("Plaintiff") and Defendants Presbyterian Healthcare Services ("Presbyterian"), Jayne McCormick, M.D., John Liljestrand, M.D., and Christina Vigil, and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS and CONCLUDES that:

1. The Court has jurisdiction over the parties to and the subject matter of the above-captioned cause of action; and

2. The Stipulation is well taken and should be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulation shall be and hereby is approved, that Plaintiff's claims brought against Defendants Jayne McCormick, M.D., John Liljestrand, M.D., and Christina Vigil herein, or which could have been brought herein, shall be and hereby are dismissed in their entirety, with prejudice, with each party to bear their own costs and attorneys' fees. This case will proceed on Plaintiff's claims against Presbyterian only.

_____
UNITED STATES DISTRICT JUDGE

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By ___*/s/ Krystle A. Thomas*___
    Bruce Hall
    Charles K. Purcell
    Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
*Attorneys for Defendants*


GONZALES LAW FIRM, LLC

By ___*electronic approval 12/1/14*___
    Steven L. Gonzales
1307 Rio Grande Blvd. NW, Suite 8
Albuquerque, NM 87104
Telephone:  (505) 200-2437
*Attorneys for Plaintiff*