IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


JULIO SOKOLICH, M.D.,

      Plaintiff,

v.                                          No. 1:14-cv-00338-KG/SCY

PRESBYTERIAN HEALTHCARE SERVICES,
JAYNE MCCORMICK, M.D., JOHN
LILJESTRAND, M.D., and CHRISTINA VIGIL,

      Defendants.


**STIPULATED JUDGMENT**

THIS MATTER, having come before the Court upon the Stipulation of Voluntary Dismissal With Prejudice ("Stipulation") filed by Plaintiff Julio Sokolich, M.D. ("Plaintiff") and Defendant Presbyterian Healthcare Services ("Presbyterian"), and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS and CONCLUDES that all of the existing claims and liabilities in this matter have been resolved.

IT IS THEREFORE ORDERED that final judgment is entered, and this action is dismissed with prejudice.

IT IS FURTHER ORDERED that, pursuant to the Stipulation, this Court retains jurisdiction to enforce the terms of the parties' Confidential Full Release and Indemnity Agreement and that, pursuant to Plaintiff's and Presbyterian's consent as stated in the Stipulation, the Honorable Steven C. Yarbrough shall preside over any such enforcement action.

_____
UNITED STATES DISTRICT JUDGE

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By ___*/s/ Krystle A. Thomas*_____
    Bruce Hall
    Charles K. Purcell
    Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
*Attorneys for Defendants*


GONZALES LAW FIRM, LLC

By __*electronic approval 1/12/15*_____
    Steven L. Gonzales
1307 Rio Grande Blvd. NW, Suite 8
Albuquerque, NM 87104
Telephone:  (505) 200-2437
*Attorneys for Plaintiff*